# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE
    Abdulahad Nasri                    Case No. 18-40448
                                            Chapter 13
                                            HON. Randon

    Debtor(s).
_____/

## ORDER CONFIRMING PLAN

      The Debtor's(s') Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.
      Therefore, IT IS HEREBY ORDERED that the Debtor's(s') Chapter 13 plan, as last amended, if at all, is confirmed.
      IT IS FURTHER ORDERED that the claim of Sweeney Law Offices, PLLC., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ * in fees and $.00 in expenses, and that the portion of such claim which has not already been paid; to wit: $ * shall be paid by the Trustee as an administrative expense of this case. *Attorney fees are reserved pending a fee application.
      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. 502(a), and the Trustee is, therefore, ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
      IT IS FURTHER ORDERED as follows:
      1.    That the Plan shall provide a dividend to holders of unsecured claims equal to 100% plus 6% interest per year on all allowed claims.
      2.    That Debtor shall file an amended Schedule I and J within thirty (30) days of Debtor's last day of employment at Waltham Party Store to

disclose Debtor's new employment. Debtor shall also provide proof of new income to the Trustee within 30 days.

3. That Creditor Macomb County Treasurer shall have a class 5.2 claim and be paid $1,082.98 with 12% interest for real property taxes owed on the property located at 12375 Prospect, Warren, MI 48089 for the tax year 2017.

4. That Creditor Macomb County Treasurer shall have a class 5.2 claim and be paid $3,696.35 with 18% interest for real property taxes owed on the property located at 12375 Prospect, Warren, MI 48089 for the tax years 2013, 2014 and 2016.

5. That Creditor Macomb County Treasurer shall have a class 5.2 claim and be paid $1,278.65 with 12% interest for real property taxes owed on the property located at 12462 Vernon, Warren, MI 48089 for the tax year 2017.

6. That Creditor Macomb County Treasurer shall have a class 5.2 claim and be paid $5,621.93 with 18% interest for real property taxes owed on the property located at 12462 Vernon, Warren, MI 48089 for the tax years 2013, 2014 and 2016.

7. That Creditor Macomb County Treasurer shall have a class 5.2 claim and be paid $159.84 with 12% interest for real property taxes owed on the property located at 12468 Vernon, Warren, MI 48089 (vacant land) for the tax year 2017.

8. That Creditor Macomb County Treasurer shall have a class 5.2 claim and be paid $759.95with 18% interest for real property taxes owed on the property located at 12462 Vernon, Warren, MI 48089 (vacant land) for the tax years 2013, 2014 and 2016.

9. That debtor's plan payment shall increase to $1,378.85 per month, effective 10/10/2018.

10. That creditor Specialized Loan Servicing LLC shall have a Class 5.1 Claim in the amount of $32,836.27 with 6% interest per annum to be paid via the Trustee in equal monthly installments of $634.82 per month.

11. In the event that debtor defaults on the requirement to obtain, maintain, and/or pay for full coverage insurance, creditor may file with the Court and serve upon the Debtor, Debtor's counsel, and the Chapter 13 Trustee, a Notice of Default; that in the event that the Default is not then cured within 14 days from the date of service of said Notice, creditor may submit an Order Granting Relief from the Automatic Stay to the court, and Relief from the Automatic Stay shall be granted as to Creditor regarding the property located at 13539 Toepfer without further notice or hearing.

12. In the event that debtor defaults on the requirement to pay property taxes on the property located at 13539 Toepfer, creditor may file with the Court and serve upon the Debtor, Debtor's counsel, and the Chapter 13 Trustee, a Notice of Default; that in the event that the Default is not then cured within 30 days from the date of service of said Notice, creditor may submit an Order Granting Relief from the Automatic Stay to the court, and Relief from the Automatic Stay shall be granted as to Creditor regarding the property located at 13539 Toepfer without further notice or hearing.

13. That Debtor shall provide proof of hazard insurance for real property located at 13539 Toepfer to Creditor or Creditor's counsel (Specialized Loan Servicing, LLC) on or before 10/24/2018 or stay lifted.

Approved As To Form:

/s/ Maria Gotsis
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold
Suite 1100
Detroit, MII 48226
(313) 962-5035
notice@det13ksc.com

/s/ John Kapitan
JOHN KAPITAN (P61901)
TROTT LAW PC
Attorney for Specialized Loan Servicing
31440 Northwestern Hwy, Ste 200
Farmington Hills, MI 48334
(248) 642-2515
Easternecf@trottlaw.com

/s/ Jesse R. Sweeney
JESSE R. SWEENEY (P60941)
ERIN BARTOS KRAMER (P75942)
SWEENEY LAW OFFICES, PLLC
25140 Lahser Road, Suite 252-B
Southfield, MI 48033
(586) 909-8017
sweeneylaw2005@gmail.com

/s/ Aaron C. Thomas
AARON C. THOMAS (P55114)
Assistant Corporation Counsel for Macomb County
One S Main Street, 8th Floor
Mount Clemens, MI 48043
(586) 469-6346
aaron.thomas@macombgov.org

**Signed on October 13, 2018**



**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**