UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ABDULAHAD NASRI           Case No. 18-40448
                                              Hon. MARK A. RANDON
                                              CHAPTER 13

_____/

## ORDER TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS

THIS CAUSE came before the Court on the Motion of the Debtor, Abdulahad Nasri, by and through attorney, Jesse R. Sweeney, to Sell Property of the Estate Free and Clear of Liens pursuant to 11 U.S.C. §§363(b) and (f) and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, and this Court, having reviewed the Stipulation and proposed Order, having determined that entry of this Order is consistent with the provisions of Title 11, United States Code, having determined that entry of this Order is not adverse to any party in interest, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

1. Debtor is permitted to sell the property located at: 13539 Toepfer, Warren, MI 48089

2. The Debtor shall provide closing documents including HUD-1 statement within 14 days of the sale;

3. The Chapter 13 Trustee shall continue to make disbursements on all claims associated with this real property until she is in receipt of closing documents evidencing liens have been paid in full.

4. That all liens and encumbrances will be paid in full at closing,

including any closing costs and any other related fees;

5. That any proceeds shall be remitted to the Chapter 13 Plan for the benefit of Debtor's unsecured creditors.

**Signed on January 10, 2022**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge